IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00293-PSF

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JORGE SAMUEL CARAVEO-MARQUEZ,
a/k/a Jorge Samuel Marquez-Caraveo,

 Defendant.
_____

### ORDER SETTING TRIAL DATE
_____

  This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

  ORDERED that all pretrial motions shall be filed by **September 8, 2006** and responses to these motions shall be filed by **September 18, 2006**.  It is

  FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **September 29, 2006, at 9:00 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a three-day jury trial is set for **October 10, 2006, at 1:30 p.m.**

DATED: August 18, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge