IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00293-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE SAMUEL CARAVEO-MARQUEZ,
a/k/a Jorge Samuel Marquez-Caraveo,

    Defendant.

## ORDER TO RESET CHANGE OF PLEA HEARING

This matter is before the Court *sua sponte*. Because of a scheduling conflict on the Court's docket, it is hereby ORDERED that the change of plea hearing set for October 23, 2006 at 2:30 p.m. is CONTINUED. Counsel are directed to confer and call Chambers (303-335-2174) <u>by noon October 10, 2006</u> to reset this hearing on the following proposed dates which are currently available on the Court's docket: October 24, 25, 27 or 31.

    DATED: October 4, 2006

                                                        BY THE COURT:

                                                        *s/ Phillip S. Figa*
                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge