IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00293-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE SAMUEL CARAVEO-MARQUEZ,
a/k/a Jorge Samuel Marquez-Caraveo,

    Defendant.

## ORDER TO RESET CHANGE OF PLEA HEARING

This matter is before the Court *sua sponte*.  By Order dated October 4, 2006 (Dkt. # 13), this Court directed counsel to contact Chambers by noon October 10, 2006 to reset this hearing.  No contact by counsel was made.  Therefore,

IT IS ORDERED that the change of plea hearing set for October 23, 2006 at 2:30 p.m. is CONTINUED to **Tuesday, October 24, 2006 at 4:00 p.m.**

    DATED: October 12, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge